```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 17620
    JAMES COLLINS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-3283


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 09/27/2007 and was not confirmed.

    The case was dismissed without confirmation 11/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED            694.49         .00            .00
HSBC MORTGAGE              CURRENT MORTG           .00         .00            .00
HSBC MORTGAGE              SECURED NOT I     30255.17         .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         13534.27         .00            .00
PRO SE DEBTOR              DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                     --------------       --------------
TOTALS                    .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/27/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```